THIRD DEPARTMENT, SEPTEMBER, 1980

(September 2, 1980)

■   In the Matter of MARIE B. BUSH, Respondent, v GEORGE D. SALERNO et al., Constituting the New York State Board of Elections, Respondents, and GEORGE R. ARNEY, Appellant.—Appeal from a judgment of the Supreme Court at a Trial Term, entered September 2, 1980 in Albany County, which granted petitioner's application, in a proceeding pursuant to section 16-102 of the Election Law, seeking to declare invalid the designating petition designating appellant as a candidate of the Republican Party for the office of State Senator from the 52nd Senate District in the September 9, 1980 primary election. Judgment affirmed, without costs, on the opinion of Mr. Justice Leonard A. Weiss at a Trial Term. Greenblott, J. P., Staley, Jr., Main, Mikoll and Casey, JJ., concur.

---

(September 5, 1980)

■   MICHAEL E. VOGEL, Respondent, v ASGROW MANDEVILLE COMPANY, INC., Appellant.—Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Did the order of the Supreme Court, as affirmed by this court, constitute an abuse of discretion as a matter of law?" Kane, J. P., Main, Mikoll and Casey, JJ., concur.